■ BERNARD SHATZKIN et al., Doing Business as the Law Firm of SHATZKIN & COOPER, Appellants, v. SOLOMON E. SHAHMOON, Respondent.— In an action by attorneys to recover the reasonable value of legal services, the appeal is from so much of an order as denied appellants' motion for summary judgment striking out the answer. Respondent contended, *inter alia,* that appellants had been compensated, pursuant to an agreement of retainer, by a corporation controlled by him. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ MYRON A. ZARSKI et al., Appellants, v. ALBINA Z. SCHMIDT et al., Respondents.— In an action for partition and for other relief, the appeal is from an order which, *inter alia,* (1) denied appellants' motion for an order directing entry of a judgment against respondents for $2,500, allegedly unpaid by respondents under the terms of a settlement of the action, and (2) granted respondents' cross motion for summary enforcement of the stipulation as to the settlement and discontinuance of the action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

## (April 13, 1959)

■ WILLIAM HINES, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. The questions presented may be decided better after a determination of the facts on the trial. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ ILLINOIS McGRAW ELECTRIC Co., Respondent-Appellant, v. JOHN J. WALTERS, INC., Appellant-Respondent.— Motion by appellant-respondent for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, insofar as it affirmed the order of Special Term dismissing the defendant's first defense and counterclaim, with leave to replead, properly made? Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.